■ 520 EAST 81ST STREET ASSOCIATES v LENOX HILL HOSPITAL.—Leave to appeal to Court of Appeals and stay granted, all as indicated. Concur—Sullivan, J. P., Ross, Milonas, Smith and Rubin, JJ.

■ In the Matter of JONATHAN B. ALTSCHULER.—Motion granted only insofar as to permit respondent to reapply for reinstatement in accordance with section 603.14 of the rules of this court (22 NYCRR 603.14). Concur—Sullivan, J. P., Asch, Kassal and Smith, JJ.

■ In the Matter of RAYMOND MIRRER, a Former Attorney. —Motion for reinstatement as an attorney and counselor-at-law in the State of New York denied. Concur—Sullivan, J. P., Carro, Milonas, Asch and Smith, JJ.

■ In the Matter of STEVEN WINSTON, a Suspended Attorney.—Respondent is reinstated as an attorney and counselor-at-law in the State of New York effective July 3, 1990. Concur —Kupferman, J. P., Carro, Kassal, Smith, and Rubin, JJ.